FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-16841 | AIH | Judge: | Arthur I. Harris | Trustee Name: | RICHARD A. BAUMGART |
| Case Name: | Cynthia C. Moore | | | | Date Filed (f) or Converted (c): | 11/14/2018 (f) |
| | | | | | 341(a) Meeting Date: | 12/21/2018 |
| For Period Ending: | 12/31/2018 | | | | Claims Bar Date: | 04/08/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2013 Dodge Charger Mileage: 76000 | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 2. Usual Household Goods And Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Misc. Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 7. Chase | 10.00 | 0.00 | | 0.00 | FA |
| 8. Fifth Third | 50.00 | 0.00 | | 0.00 | FA |
| 9. Us Bank | 25.00 | 0.00 | | 0.00 | FA |
| 10. Fidelity | 8,000.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance Through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2016 Federal Tax Return (u) | Unknown | 4,365.00 | | 0.00 | 4,365.00 |
| 13. Potential Personal Injury Case | Unknown | 1.00 | | 0.00 | 1.00 |
| 14. HSA through Employer | 2.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $21,897.00 $15,367.00 $0.00 $4,367.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Prepare intercept, file objection to PI claim - Ann 12/28/2018

Initial Projected Date of Final Report (TFR): 12/31/2019    Current Projected Date of Final Report (TFR): 12/31/2019

| | | |
|---|---|---|
| Trustee Signature: | /s/ RICHARD A. BAUMGART | Date: 01/25/2019 |
| | RICHARD A. BAUMGART<br>55 Public Square, 21st Floor<br>Cleveland, OH 44113-1902<br>(216) 696-6000<br>rbaumgart@dsb-law.com | |

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-16841  Trustee Name: RICHARD A. BAUMGART
Case Name: Cynthia C. Moore  Bank Name:
  Account Number/CD#:

Taxpayer ID No:  Blanket Bond (per case limit): $2,000,000.00
For Period Ending: 12/31/2018  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Bank Accounts |  |  |  |  |  |

|  |  |
|---|---|
| COLUMN TOTALS | $0.00 $0.00 |
| Less: Bank Transfers/CD's | $0.00 $0.00 |
| Subtotal | $0.00 $0.00 |
| Less: Payments to Debtors | $0.00 $0.00 |
| Net | $0.00 $0.00 |

Page Subtotals:  $0.00  $0.00

18-16841-aih    Doc 22    FILED 02/22/19    ENTERED 02/22/19 11:10:36    Page 3 of 4

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature: /s/ RICHARD A. BAUMGART    Date: 01/25/2019

RICHARD A. BAUMGART
55 Public Square, 21st Floor
Cleveland, OH 44113-1902
(216) 696-6000
rbaumgart@dsb-law.com

Page Subtotals: $0.00  $0.00